[No. 27653-1-I. Division One. June 15, 1992.]

COLONIAL IMPORTS, INC., *Respondent*, v. CARLTON NORTH-WEST, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-13106-6, Marsha J. Pechman, J., entered January 10, 1991. *Reversed* by unpublished opinion per Webster, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 27751-1-I. Division One. June 15, 1992.]

BRUCE A. MORRISON, *Respondent*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-10164-7, Edward Heavey, J., entered December 27, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Forrest, JJ. Now published at 67 Wn. App. 419.

[No. 28310-3-I. Division One. June 15, 1992.]

THOMAS RIEL, ET AL, *Plaintiffs*, v. ASHLEY Y.J. SUN, ET AL, *Appellants,* OLYMPIC FOREST PRODUCTS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-17605-3, Peter K. Steere, J., entered March 25, 1991. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Baker and Agid, JJ.